UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

JASON CAMACHO and on behalf of all other persons
similarly situated,

                    Plaintiff,

    -- against --

CORNISH COLLEGE OF THE ARTS,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

Case No. 1:18-CV-10584

**NOTICE OF DISMISSAL
WITH PREJUDICE**

        Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby move to dismiss the above-captioned action with prejudice, a resolution of all matters in dispute having been made. Each party shall bear its own costs and attorneys' fees.

Dated:  New York, New York
        January 10, 2019

GOTTLIEB & ASSOCIATES

By: _____
Jeffrey M. Gottlieb
 (Email:  NYJG@aol.com)
Attorneys for Plaintiff
150 East 18th Street, Suite PHR
New York, NY  10003
Tel.:  (212) 228-9795

                        SO ORDERED:

                        _____
                        Ronnie Abrams, U.S.D.J.